

# Fourth Court of Appeals
## San Antonio, Texas

July 7, 2015

No. 04-14-00362-CV

**IN RE GUARDIANSHIP** of Terry L. **GILMER**, an incapacitated person,

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-070-PR
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

The panel has considered the Appellee's Motion for Rehearing, and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court